**FILED**
OCT 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SHARA D. CURTIS )
216 SAVANNAH, ST., SE )
WASHINGTON, DC 20032 )
         Plaintiff, )
          )
v. )
          )
DISTRICT OF COLUMBIA )
          )
    AND )
          )
DETECTIVE ZANTAN, aka Ollie Tan )
441 4th Street NW     " Olive Tan )
Washington, DC 20001 )
         Defendants. )

CASE NUMBER 1:05CV02028

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/13/2005

**JURY ACTION**

## VERIFIED COMPLAINT

COMES NOW PLAINTIFF SHARA D. CURTIS ("Curtis") by and through counsel Lucy R. Edwards and respectfully files this Complaint for false arrest and police brutality against Defendants, the District of Columbia Metropolitan Police Department ("MPD") and its officer, Detective Zantan ("Zantan"). Curtis states the following as grounds for this Complaint:

1. The jurisdiction of this Court is founded on 42 USC §1983 and 28 USC § 1331.

2. This Complaint grew out of the unlawful actions of the Metropolitan Police Department's ("MPD") Detective Zantan when he unlawfully arrested and detained Curtis at the DC Superior Court where Curtis was present in the courtroom wherein Curtis' son's parole hearing was set for that day (10/11/02). Detective Zantan was a witness and as a result of his testimony, Wesley's eligibility for parole was denied.

3. After Curtis' son's case was heard, Curtis was leaving the courtroom feeling frustrated,

and angry and voiced her position that her son was not given a fair trial. In fact, Curtis was quite vocal and inordinately audible to many of the bystanders outside of the courtroom. Curtis expressed her anguish to her son's girlfriend, Ebony Puifory ("Puifory") outside of the courtroom. Puifory was also present in the courtroom and heard Detective Zantan's testimony. Curtis bemused about the justice of the system when it came to the testimony of several parties who really did not know or have any familiarity to Wesley and Plaintiff addressed these issues only to Puifory. Curtis asked Puifory why did he [Zantan] lie on the witness stand. Zantan was also leaving the same courtroom, walking parallel to Curtis and he apparently overheard the conversation between Curtis and Puifory. Curtis stated to Puifory, "that policemen being lying all the time." Puifory espied Zantan nearby and knew instinctively that there was going to be an imminent confrontation between Zantan and Curtis and she feared for Curtis' safety. Puifory had been a victim of police brutality and could instinctively read Zantan's body language. Curtis turned and looked in Zantan's direction, ignoring him, and continued walking and talking to Puifory.

    4. At that point, Zantan approached Curtis and said towering over her, "Fuck off, you nigger bitch, you want to get locked up?" Curtis responded to him, "No, you fuck off!" Zantan seizing the opportunity, slammed Curtis against the wall. Curtis lost her balance as a result of falling in a direction that was against her body's balance and wound up in a twisted manner, but Curtis was able to rebound and brace herself against the blows used by Zantan. Curtis kept saying in an explanatory tone, "I'm not talking to you, so why are you bothering me?" Zantan who did not reply to her question, continued to slam Curtis repeatedly against the wall real hard, shouting racial epithets at Curtis and in an attempt to legitimize his actions, he charged Curtis as acting disorderly. Zantan then proceeded to twist Curtis' right arm then pull her arm behind her back; he pressed her arm tightly

on her back then, he spun her around so that her face was directly in front of him and he slapped her in the face. Stunned Curtis was able to break free and Plaintiff attempted to defend herself; however, while her hand was in mid-air, Zantan seized her right hand again and repeated the previous procedure by pulling her hand behind her back, etc. Zantan slammed Curtis on the floor and on the wall.

5. Puifory kept encircling the two parties, pleading loudly to Zantan, begging him refrain his actions; however, Zantan had Curtis between his legs and kept pulling her by the pants and pretending to enforce the law claiming that he was abating the behavior of the miscreant who was acting 'disorderly.'

6. Amid the hubbub, many of the witnesses present in the hallway sought to aid Curtis out of concern for her safety. U.S. Marshals, police officers, court personnel, members of the public community, converged en masse attempting to assist Curtis and to inquire about Zantan's alarmingly violent behavior towards her (particularly his being a male, with a physical advantage over Curtis.). While these failed negotiations were in progress, Zantan had successfully pinned Curtis on the floor, with his body straddled over Curtis, her arms pinned behind her and her lower body cowered, and her knees on the floor. Also, Zantan went further to exact an arrest for the spectators to see by brandishing a pair of hand cuffs, waving them in the air, and then cuffing her wrists tightly until she winced in pain much to the alarm and surprise to all of the onlookers.

7. Zantan determined to carry out this charade of a purported arrest yanked Curtis from the floor and lifted her to her feet (she was wearing spiked heel boots) and began using excessive force dragging her, causing her feet to elevate off the ground and pulling her by the handcuffs toward the escalator. Curtis asked Zantan why was he taking her to the escalator. His reply was "Shut up, you

black bitch." Zantan took Curtis from the third floor level to the "C" level, on the escalator in order to publicly demean his victim. By the time, they reached the "C" level of the court house, Zantan commanded Curtis to sit down and Curtis refused. She questioned Zantan about her arrest. Zantan did not give an answer but wanting to add validation for his actions, he asked Curtis, did she call him a white mother-f---ker. Curtis answered and stated 'absolutely not.' He posed this question to Curtis three times, after which, Zantan demanded an apology from Curtis. Curtis said no, since she did nothing wrong to apologize for. Curtis asked Zantan that since no offense was committed why was he planning not to remove the hand cuffs. Zantan said, "We're going to forget this ever happened." From that point, he removed the cuffs, acknowledged the Intake Clerk, then walked out of the room.

8. Curtis suffered from bruised wrists and other 'arrest related' injuries as a result of the brutal action of Zantan. Plaintiff left the Courthouse and reported this incident to Detective Michele Staun, MPD, IAD, #D 2-109 who took pictures and reports from Curtis and Puifory respectively. Shortly thereafter, Curtis filed a pre-suit 12-309 Notice before the District of Columbia in a timely manner and was given an assigned number (OCCR No. 02-1363; DC Corp. Counsel Claim No. 93116). To date, Curtis has not received resolution regarding the claim from the DC government. Since the time required for the District of Columbia to settle a claim pursuant to DC Code 12-309 has run, Curtis is now seeking relief from the court of general equity.

## COUNT I
## ASSAULT AND BATTERY

9. The allegations set forth in paragraphs 1-8 of this Complaint are incorporated and referenced herein.

10. Defendant Zantan did assault and abuse Curtis verbally and physically when he proceeded to call her out of her name in the presence of witnesses. Defendant Zantan physically battered Curtis when he slapped her in the face, shouting racial epithets, and when he slammed her against the walls forcing her to draw up in a fetal position, cuffed her tightly, pulled her by the cuffs and pulled her by the back of her pants and simultaneously dragged her with great force from the third floor level of the courthouse to the Intake Clerk in the "C" level of the building in spiked heel boots. Zantan threatened Curtis and as an Officer of the Court and an officer of the DC Metropolitan Police Department, Zantan used his position to subject and inculcate Curtis with fear of facing a possibility of serving time in jail.

## COUNT II
## SEXUAL HARASSMENT

11. The allegations set forth in paragraph 1-10 of this Complaint are incorporated and referenced herein.

12. Defendant Zantan did sexually harass Curtis while Curtis was speaking to Puifory by acting with unnecessary force, constantly berating Cutis with epithets that were condescending, racially and sexually inflammatory. Defendant touched Curtis' body parts under the guise of her being 'disorderly' which gave him an excuse to sexually abuse Curtis. After she was handcuffed, Defendant pulled Curtis by her handcuffs and brutally and pulled the back of her pants when she would falter in her gait as she was trying to keep up the pace with Zantan. Consistently accelerating his pace, by using this method, Zantan caused Curtis' feet to elevate from the floor causing her breasts shake provocatively before the public because she was unable to keep her balance. His action caused Curtis a great deal of discomfiture caused her a great deal of humiliation as she

repeatedly imploding to him to halt his actions. As they were leaving the third floor, Curtis said that taking the escalator was definitely not in keeping with procedure and she asked why couldn't he take her on the elevator. His reply was, "Shut up!" Each tortuous lifting movement on the escalator was greatly exaggerated by physical force employed by Zantan in the public eye. Zantan hurled more racial epithets towards Curtis in a loud and abrasive voice as they were proceeding down the escalator. Zantan expressed his view points of black women stating that black women are indecent, or not virtuous and used this to propel justification of his egregious actions. Defendant sought to vindicate and sublimate his improprieties by humiliating and degrading Curtis, so all could see. In addition, Zantan fondled Curtis' derriere, and as mentioned previously, improperly touched her breasts.

## COUNT IV-FALSE ARREST

13. The allegations set forth in paragraph 1-12 of this Complaint are incorporated and referenced herein.

14. Zantan did falsely arrest and assault Curtis unjustifiably on the basis of eavesdropping on the conversation between Curtis and Puifory. Without provocation, Zantan slapped Curtis violently in the view of the public in outer hall from the courtroom under the color of law and proceeded to shout racial epithets at Curtis and hurled Curtis on the floor and slapped handcuffs on the wrists of Curtis designating her actions as a 'disorderly.' Against the protestations of many in the hall, Zantan angrily persisted in carrying out his rage against Curtis. Zantan should have given Curtis some shred of dignity by escorting her to the Intake Clerk out of sight of the public, instead, Zantan sought to humiliate Curtis by pulling her like an animal by the handcuffs shoved Curtis down three or four levels of escalators causing Curtis future back troubles. After his anger was abated,

Zantan wanted to engender from Curtis that she had profaned him verbally (this discourse was made in the Intake Office ). Curtis tearfully and still fettered averred that she had not called him out of his name and she kept insisting that he remove the handcuffs; then Zantan removed the handcuffs and adding insult to injury, by stating to Curtis that this "minor incident" should be put behind them.

## COUNT V-CONSTITUTIONAL VIOLATIONS

15. The allegations set forth in paragraph 1-14 of this Complaint are incorporated and referenced herein.

16. Zantan violated Curtis' Fourth, Fifth and Fourteenth Amendment to the U.S. Constitution by under color of law falsely arresting and implementing assault and battery on Curtis, as previously mentioned in this text. Zantan failed to protect Curtis' from injury while he was arresting her. Zantan demeaned Curtis by placing her in a literal and visual form of servitude because at that juncture, Curtis had now acquiesced to the abuse and exhibited nervous prostration toward her victimizer which only gave Zantan a false sense of empowerment over his victim. Against her will, Zantan employed excessive force, using his fists while assaulting Plaintiff. Zantan sexually manipulated, and under the guise of subduing an unruly criminal, Zantan with subtlety was able to fondle her derriere, touched her breasts, and constantly and consistently kept pulling Curtis by the back of her jean as well as feeling that he had to watch her back. Zantan violated Curtis' civil rights and denigrated Curtis by the use of shouting many racial and stereotype epithets regarding herself, blacks and women in this country. From these facts, it is apparent that Zantan violated the due process rights of Curtis and there is no doubt that all of his actions were not only egregious, but as an officer under the color of the law, Zantan and the District of Columbia MPD abused the legal process and Curtis' due process rights regarding the unlawful arrest. Defendants by these actions,

violated Curtis' civil rights under the Fifth and Fourteenth Amendments to the United States Constitution.

WHEREFORE Curtis respectfully prays that the Court grant the following relief:

1. Compensatory and punitive damages in the amount of ONE MILLION DOLLARS ($1,000,000.00) from the District of Columbia and Detective Zantan jointly and severally for the unlawful, malicious and humiliating actions of an Officer of the District of Columbia Metropolitan Police Force and for unlawful arrest and sexual harassment imposed upon Curtis at the hands of Officer Zantan.

2. Any and all further relief that this Court deems just and proper.

Respectfully submitted

*Shara D. Curtis*
Shara D. Curtis
1050 17th Street NW, Ste 1000
Washington, DC 20036
(202) 955-1010

### REQUEST FOR JURY TRIAL

Plaintiff herein hereby requests a trial by jury in the above captioned matter.

*Shara D. Curtis*
Shara D. Curtis

## VERIFICATION OF SHARA D. CURTIS

1. Shara D. Curtis hereby certify that I have read the foregoing Complaint and that it is true to the best of my knowledge, information and belief.

_____
Shara D. Curtis

## NOTARY'S STATEMENT

I, _McKeever Posey_ a Notary Public hereby certify that on _8/1_, 2005, SHARA D. CURTIS, personally appeared before me and acknowledged the foregoing to be a true verification of the Complaint.

Witness my hand and seal this ___1st___ day of ___August___, 2005.

_____
Notary Public

My Commission expires: ___11-14-2009___