UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARA D. CURTIS )<br>3329 14TH PL SE #101 )<br>WASHINGTON, DC 20032 )<br>    Plaintiff, )<br>  v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>  AND )<br>)<br>DETECTIVE ZANTAN )<br>441 4th Street NW )<br>Washington, DC 20001 )<br>    Defendants. )<br>_____ ) | CA No. 1:05 CV 02028<br><br>Judge Royce C. Lamberth |

**MOTION TO ENLARGE TIME TO EFFECT SERVICE UPON DEFENDANTS
AND TO CORRECT TYPOGRAPHICAL ERROR IN COMPLAINT**

  COMES NOW PLAINTIFF SHARA D. CURTIS ("Curtis") by and through new counsel, Karl W. Carter, Jr. and respectfully requests that this Court enlarge the time to 60 days within which to effect service of the summons and Verified Complaint upon defendants. Curtis states the following as grounds:

  1. October 11, 2005 Curtis filed a Verified Complaint in this Court under 42 § USC and 28 USC § 1331.

  2. Pursuant to Fed Rules of Civ Proc. 4 proof of service must be filed in this Court within 60 days following of effectuation of service.

  3. Unfortunately Curtis has been unable to effectuate service properly upon Defendants. The District of Columbia and Detective Zantan within the time limits set by the Rules and seeks an enlargement of time to effectuate service and provide proof thereof.

  4. Plaintiff who filed pro se since her former counsel has been suspended from the practice

of law for 6 months, has just retained new counsel who requires the additional time to effectuate service upon Defendants. In addition Curtis seeks to correct the first paragraph of the Complaint which reads that this Complaint was "filed by and through counsel, Lucy R. Edwards." Ms. Edwards' name should be deleted since she was not practicing at that time, and was no longer Plaintiff's counsel. As a "pro se" Plaintiff, I filed the document initially prepared by my former counsel and failed to delete the reference to her as counsel.

     5. Pursuant to Fed R Civ Proc 6(b) this Court may enlarge the time to file an affidavit of service for cause. Curtis maintains that she has shown good cause for why the relief sought in this Motion should be granted.

     WHEREFORE based upon the reasons as presented in this Motion, Curtis prays that this Court grant the Motion and extend the time to effectuate service for an additional sixty (60) days.

Respectfully submitted

/ss/
Karl W. Carter Jr.
1050 17th St NW, Ste 1000
Washington, DC 20036
(202) 955-1010

CERTIFICATE OF SERVICE

     THIS IS TO CERTIFY THAT ON THIS  14th  day of March, 2006, a copy of the foregoing Motion was mailed postage pre-paid to: District of Columbia and Detective Zantan, 441 4th Street NW, Washington, DC 20001

/ss/
Karl W. Carter, Jr.

2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARA D. CURTIS )<br>3329 14TH PL SE #101 )<br>WASHINGTON, DC 20032 )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　 )<br>　　v. )<br>　　　　　　　　　　　　　　　　 )<br>DISTRICT OF COLUMBIA )<br>　　　　　　　　　　　　　　　　 )<br>　　AND )<br>　　　　　　　　　　　　　　　　 )<br>DETECTIVE ZANTAN )<br>441 4th Street NW )<br>Washington, DC 20001 )<br>　　　　　Defendants. )<br>_____ ) | CA No.1: 05 CV02028<br><br>Judge Royce C. Lamberth |

SHARA D. CURTIS  
3329 14TH PL SE #101  
WASHINGTON, DC 20032  
　　　　Plaintiff,  

　　v.  

DISTRICT OF COLUMBIA  

　　AND  

DETECTIVE ZANTAN  
441 4th Street NW  
Washington, DC 20001  
　　　　Defendants.  

CA No.1: 05 CV02028

Judge Royce C. Lamberth

## **ORDER**

Upon full consideration of Plaintiff's Motion to Enlarge Time to Effect Service Upon Defendants and to Correct Typographical Error in Complaint, the record herein, and good cause having been shown, it is this _____ day of _____, 2006.

**ORDERED** that the Motion is **GRANTED** and it is further,

**ORDERED** that Plaintiff shall effectuate service upon Defendants on or before _____ ,2006.

　　　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　Judge Royce C. Lamberth

cc:　Karl W. Carter, Jr. Esquire  
　　　1050 17th Street NW, Suite 1000  
　　　Washington, DC 20036

　　　Shara Curtis  
　　　3329 14th Pl SE #101  
　　　Washington, DC 20032

　　　DETECTIVE ZANTAN  
　　　441 4th Street NW  
　　　Washington, DC 20001