## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARA D. CURTIS                              ) | |
| 3329 14TH PL SE #101                         )  | CA No.1: 05 CV02028 |
| WASHINGTON, DC 20032                  ) | |
|             Plaintiff,                                ) | Judge Royce C. Lamberth |
|                                                              ) | |
|     v.                                                    ) | |
|                                                              ) | |
| DISTRICT OF COLUMBIA            ) | |
|                                                              ) | |
|     AND                                                ) | |
|                                                              ) | |
| DETECTIVE ZANTAN                   ) | |
| 441 4th Street NW                             ) | |
| Washington, DC 20001                   ) | |
|             Defendants.                         ) | |

### ORDER

Upon full consideration of Plaintiff's Motion to Enlarge Time to Effect Service Upon Defendants and to Correct Typographical Error in Complaint, the record herein, and good cause having been shown, it is this _____ day of _____, 2006.

ORDERED that the Motion is GRANTED and it is further,

ORDERED that Plaintiff shall effectuate service upon Defendants on or before _____,2006.

_____
**Judge Royce C. Lamberth**

cc:   Karl W. Carter, Jr. Esquire
       1050 17th Street NW, Suite 1000
       Washington, DC 20036

       Shara Curtis
       3329 14th Pl SE #101
       Washington, DC 20032

       DETECTIVE ZANTAN
       441 4th Street NW
       Washington, DC 20001