UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARA D. CURTIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2028 (RCL) |

**ORDER**

Upon consideration of Plaintiff's Motion [2] to Enlarge Time to Effect Service Upon Defendants and to Correct Typographical Error in Complaint, the record herein, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED and it is further,

ORDERED that Plaintiff shall effectuate service upon Defendants on or before May 15, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2006.