UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARA D. CURTIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-2028 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The complaint herein was filed on October 13, 2005. Six months later, proof of service has not been filed. Plaintiff sought an extension of time until May 15, 2006, to effect service, which the Court granted. No further extension has been sought.

This case is hereby dismissed, without prejudice, *sua sponte*, for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.